# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**FILED**
Jan 2 2019
Clerk, U.S. District Court
Western District of Texas

By: 

**Deputy**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § CASE NUMBER: **EP:19-M -00038(1) RFC** |
| vs. | § |
| | § |
| **(1) MARTIN LOPEZ-ALVAREZ** | § |
| Defendant. | |

### JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Martin Lopez-Alvarez, was represented by counsel,  Rebecca R. Reyes.

The defendant pled guilty to the complaint on **January 02, 2019.** Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | December 23, 2018 |

As pronounced on January 02, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisions for a term of  **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 2nd day of January, 2019.

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | **Case Number:** |
| vs. | § | **EP:19-M -00038(1)** |
| | § | |
| (1) MARTIN LOPEZ-ALVAREZ | § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Rebecca R. Reyes, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this  2nd day of January, 2019.

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**

# United States District Court

## Western District of Texas
### El Paso Division

**FILED**

01/02/2019

Clerk, U.S. District Court
Western District of Texas

By: _VMontoya_

Deputy

## INITIAL APPEARANCE, PLEA AND SENTENCE

Case Number: EP:19-M -00038(1) RFC

| | |
|---|---|
| DEFENDANT'S NAME: | ATTY FOR DEFENDANT: |
| (1) MARTIN LOPEZ-ALVAREZ | Reyes, Rebecca R. |

| | | | |
|---|---|---|---|
| JUDGE: | ROBERT F. CASTANEDA | AUSA: | Michelle Winters |
| DEPUTY CLERK: | Veronica Montoya | INTERPRETER: | [X] Yes [ ] No |
| COURT REPORTER: | ERO | PROB. OFFICER | |
| | | PRETRIAL OFFICER: | |
| DATE: | 01/02/2019 | TIME: _0_ Minutes | 3:03-3:44 p.m. |

## PROCEEDINGS                    DFT NO.          [DftNo1]      [DftNo2]

| | | | |
|---|---|---|---|
| [X] | INITIAL APPEARANCE | [X] | [ ] |
| [X] | ARRAIGNMENT HELD | [X] | [ ] |
| [X] | DFT INFORMED OF RIGHTS/oral consent to plea | [X] | [ ] |
| [X] | GUILTY   DEFT [DftNo1] COUNT(S):   COMPLAINT | | |
| [X] | GUILTY PLEA ACCEPTED BY THE COURT | [X] | [ ] |
| [ ] | Information Filed On _____ | [ ] | [ ] |
| [ ] | Motion to Dismiss Complaint filed on _____ | [ ] | [ ] |
| [ ] | Court Grants Motion to Dismiss on _____ | [ ] | [ ] |
| [ ] | Order Dismissing Complaint entered on _____ | [ ] | [ ] |
| [X] | Oral Motion by AUSA to Remit Special Assessment | [X] | [ ] |
| [X] | Oral Order Granting Oral Motion to Remit Special Assessment | [X] | [ ] |
| [X] | SENTENCING HELD: Defendant sentenced to :   **Time Served  / NO FINE / SA REMITTED** | | |

OTHER:_____ -
_____

ef

FILED
01/02/2019
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: **EP:19-M -00038(1)** |
| | § |
| **(1) MARTIN LOPEZ-ALVAREZ** | § |

     I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 23, 2018** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States,  knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

 in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

     I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: ***"The DEFENDANT, Martin LOPEZ-Alvarez, an alien to the United States and a citizen of Mexico entered the United States from the Republic of Mexico on December 23, 2018 by crossing the Rio Grande River approximately 2.72 miles west of the Paso Del Norte Port of Entry in El Paso, Texas, which is located in the Western District of Texas.  The place where the DEFENDANT crossed is not designated as a port of entry by immigration officers.***"

Continued on the attached sheet and made a part hereof:          **X** Yes   ☐ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Bonilla, Arturo
Border Patrol Agent

01/02/2019
Date

at  EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN
AT 1:04 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

**WESTERN DISTRICT OF TEXAS**

**(1) MARTIN LOPEZ-ALVAREZ**


FACTS   (CONTINUED)


**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**


The DEFENDANT, Martin LOPEZ-Alvarez, an alien to the United States and a citizen of Mexico entered the United States from the Republic of Mexico on December 23, 2018 by crossing the Rio Grande River approximately 2.72 miles west of the Paso Del Norte Port of Entry in El Paso, Texas, which is located in the Western District of Texas.  The place where the DEFENDANT crossed is not designated as a port of entry by immigration officers.

IMMIGRATION HISTORY:

**The DEFENDANT has been granted 2 voluntary returns, the last on February 3, 2002, through EAGLE PASS INTL BRIDGE.**


CRIMINAL HISTORY:

**05/25/1999, Webster, Texas Police Department, Theft Property(M), CNV, 20 Days Confinement.**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO

USA                                         §
                                            §
vs.                                         §      Case Number: EP:19-M -00038(1)
                                            §
(1) MARTIN LOPEZ-ALVAREZ                     §

### ORDER SETTING INITIAL APPEARANCE / MISD ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for
INITIAL APPEARANCE / MISD ARRAIGNMENT, in Magistraterd Courtroom 612, on the 6th Floor of the United States
Courthouse, 525 Magoffin Avenue, El Paso, TX, on 01/02/2019.


IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant,
counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any
surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.
If the defendant is on bond, he/she shall be present.


IT IS SO ORDERED this 01/02/2019.


_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE